UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

JOSEPH and GENIEVIEVE ROCHE,  No. 05-10082

Debtor(s).
_____/

Memorandum re Sale Order
_____

A good faith finding pursuant to § 363(m) of the Bankruptcy Code is not a boilerplate provision to be inserted into every sale order. There must be an express request for such a finding, based on a solid evidentiary foundation. *In re M Capital Corporation*, 290 B.R. 743, 751-52 (9th Cir. BAP 2003). There being no such request or evidence, the debtors must chose to either have the order signed without a good faith finding or restore the matter to the court's calendar for a good faith determination. The court will await the debtors' decision.

Dated: February 8, 2006

Alan Jaroslovsky
U.S. Bankruptcy Judge